UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PARIS ELLIOTT KNOX-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DALTON KURTZ, | ) ) ) No. 1:19-cv-03534-TWP-DML |
| Defendant. | ) |

**SCREENING ORDER**

Before the Court is a "Complaint Form For Filers Who Are Prisoners Without Lawyers" filed by *pro se* Plaintiff Paris Elliott Knox-Bey. Plaintiff's Complaint is filed against Muncie Police Officer Dalton Kurtz and seeks "disposal of all alleged criminal lawsuits," which are three Indiana state court cases (Filing No. 1 at 4). Based on the Complaint filed by the Plaintiff, it appears that the Court does not have subject-matter jurisdiction over the case. If the Plaintiff seeks to challenge the constitutionality of his confinement, he should file a petition for writ of habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2254, whichever is applicable to Plaintiff's situation.

If the Plaintiff fails to file a petition for writ of habeas corpus or an amended complaint that sufficiently alleges a factual basis to support a legally cognizable claim against Muncie Police Officer Dalton Kurtz no later than **thirty (30) days** from the date of this Order, this action will be dismissed for lack of subject-matter jurisdiction.

The Clerk is **directed** to send copies of Forms "AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" and "AO 241 (Rev. 10/07) Petition for Relief From a Conviction or Sentence By a Person in State Custody" to the Plaintiff with this Order.

**SO ORDERED.**

Date: 9/12/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paris Elliott Knox-Bey
Inmate No. 61770
Delaware County Justice Center
100 W. Washington Street
Muncie, IN 47305