**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| PARIS ELLIOTT KNOX-BEY,       ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.       ) | |
| ) | |
| DALTON KURTZ,     ) | |
| ) | No. 1:19-cv-03534-TWP-DML |
| Defendant.     ) | |

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION
## AND DIRECTING CLERK TO OPEN NEW CASE

Plaintiff Paris Elliott Knox-Bey ("Knox-Bey") initiated this action by filing *pro se*, a "Complaint Form For Filers Who Are Prisoners Without Lawyers" against Muncie Police Officer Dalton Kurtz. In the Complaint, Knox-Bey is seeking "disposal of all alleged criminal lawsuits," pending against him in Indiana state court. (Filing No. 1 at 4). The Complaint was screened, and the Court determined that it did not have subject-matter jurisdiction over the case. (Filing No. 5).

In response to the screening order, Knox-Bey has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. The Court still lacks jurisdiction over Knox-Bey's civil rights action against Defendant Dalton Kurtz. Accordingly this case, is **dismissed with prejudice**, for lack of subject-matter jurisdiction.

The Clerk is **directed** to close No. 1:19-cv-3534 TWP-DML and to **open a new case** using the petition for writ of habeas corpus (Filing No. 6), as the initiating pleading. The clerk shall file and docket the petition for writ of habeas corpus as a new action in the Indianapolis Division. The nature of suit code for the new action is 530, and the cause of action is 28 U.S.C. § 2241. The judges shall be randomly assigned.

A copy of this Entry shall be docketed in the newly opened action.

**SO ORDERED.**


Date: _11/14/2019_

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Paris Elliott Knox-Bey
Inmate No. 61770
Delaware County Justice Center
100 W. Washington Street
Muncie, IN 47305